

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL TORRES,<br><br>　　　　　　　　Defendant. | CASE NO. 11CR5524-H<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

18 USC 371 CONSPIRACY; 18 USC 1324(a)(2)(B)(ii), (a)(1)(B)(I) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/19/13

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　William McCurine, Jr.
　　　　　　　　　　　　　　　　U.S. Magistrate Judge